### CHICAGO GREAT WESTERN R. CO. v. GEORGE A. HORMEL & CO.

(Circuit Court of Appeals, Eighth Circuit.   March 5, 1917.)

#### No. 4755.

In Error to the District Court of the United States for the District of Minnesota; Wilbur F. Booth, Judge.

Suit by George A. Hormel & Co. against the Chicago Great Western Railroad Company.   Judgment for the plaintiff, and defendant brings error. Affirmed.

George A. Kelly, of Chicago, Ill. (O. W. Dynes and Winston, Payne, Strawn & Shaw, all of Chicago, Ill., on the brief), for plaintiff in error.

J. N. Nicholsen, of Austin, Minn., for defendant in error.

Before CARLAND, Circuit Judge, and RINER and MUNGER, District Judges.

MUNGER, District Judge.   This case arises out of similar facts and presents the same questions as are presented in the case of Chicago, Milwaukee & St. Paul Ry. Co. v. George A. Hormel & Co. (No. 4754) 240 Fed. 381.

The decision in that case controls the decision here, and the judgment, therefore, will be affirmed.